# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D15-2840

———————————————

DEVANTE SIRMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Terry Lewis, Judge.

August 30, 2018

PER CURIAM.

AFFIRMED. *Perez v. State*, 980 So. 2d 1126, 1133 (Fla. 3d DCA) (On Rehearing Granted), *review denied*, 994 So. 2d 305 (Fla. 2008), *cert. denied*, 556 U.S. 1132 (2009).

WOLF, BILBREY, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jason Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.